# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Hoie, Mandy                                    Case No. 26-60061

                        Chapter 13

_____

## APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR DEBTOR(S) IN CHAPTER 13 CASE

_____

The undersigned applicant, in accordance with Local Rule 2016-1(c) and the court's guidance seeks compensation and reimbursement of expenses in the above-referenced chapter 13 case and provides the following information. Any responses to this application are due within 21 days of the filing of the application. If no response to the application is filed, the court may enter an order without further notice of hearing.

1.  The applicant is the attorney for the Debtor(s).
2.  The status of the case is as follows:

☐ A plan was confirmed on _____; or
☑ No plan has been confirmed and the case is pending; or
The trustee has funds on hand in the amount of $0.

3.  Applicant seeks allowance of fees and reimbursement of expenses as follows:

Fees:
| | |
|---|---|
| Required services (paragraph II) | $4000 |
| Postconfirmation modified plan (paragraph IV) | $ |
| Other services (paragraph V) | $ |

Expenses:
| | | |
|---|---|---|
| Filing Fee | | $313 |
| Copies | ____(#)@$.____ | $ |
| Postage | ____(#)@$.____ | $ |
| Other (Itemize) | $15 Credit Counseling course | $ 33 |
| $12 Tax transcript, $6 credit report | | |

Total Expenses:                                    $346

Total Fees and Expenses:                           4346

(Collectively, "Requested Fees and Expenses.") If the requested expenses include costs in addition to the expenses listed above, an itemization is attached to this application.

4. Applicant agrees to provide a detailed statement of time expended upon request.

5. The Requested Fees and Expenses constitute reasonable compensation for actual, necessary services rendered by the Applicant and actual, necessary expenses incurred on behalf of the Debtor(s). The services provided consist of the following:

☑ Required services (paragraph II)
Detailed Narrative: Meeting with the debtor to determine advisability of bankruptcy, advising on alternatives, explaining terms of legal representation, due diligence of debtor's financial information, communication of debtor obligations to the debtor, petition preparation, explaining credit counseling, financial management, and tax returns, explaining requirements to gain the discharge to the extent eligible, and plan preparation, review, and explanation. The applicant also contemplates advising prior to and appearing at the meeting of creditors, ensuring collection of updated bank statements and pay advices, communication with other parties, responding to plan objections, modifying plans, policing compliance with the automatic stay, monitoring CM/ECF case information and doing any necessary amendments.

☐ Postconfirmation modified plan (paragraph IV)
Detailed Narrative:

☐ Other services (paragraph V)
    ☐ Resolving postconfirmation motions(s) for relief from the automatic stay
    ☐ Resolving postconfirmation motion(s) for dismissal
    ☐ Filing motion(s) for sale of real property
    ☐ Filing motion(s) objecting to claim(s)
    ☐ Assisting the debtor(s) in complying with § 521(f)(4)
    ☐ Assisting the debtor(s) in responding to requests for information made in connection with an audit conducted pursuant to 28 U.S.C. § 586(f)

6. Regarding the requested fees and Expenses, the Debtor(s) has/have paid Applicant the sum of $ 340.00 as of 01/30/2026. the Debtor(s) owe the Applicant the sum of 4006 for the unpaid balance.

7. The applicant has applied for fees and/or expenses in the case as follows:

| Date of Application | Amount of Application | Date of Order | Amount Allowed | Paid to Date |
| --- | --- | --- | --- | --- |

8.  The applicant has not shared or agreed to share with any other person, other than with members of the applicant's law firm, any compensation paid or to be paid in this case.

Therefore, the applicant requests an order awarding $4000 and $346 for reimbursement of expenses and authorizing the trustee to pay the unpaid balance to the applicant as provided in the plan.

Dated: 01/30/2026

/s/ Andrew C. Walker
Andrew C. Walker
Bar Reg. #392525
4356 Nicollet Ave
Minneapolis, MN 55409
curtwalkerbky@gmail.com
(612) 824-4357

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re: Hoie, Mandy                                    Case No. 26-60061        Debtor(s).

_____
## ORDER
_____

This case came before the Court on the Application for Compensation and Reimbursement of Expenses by Attorney for Debtor(s) in Chapter 13 Case. Appearances, if any, were noted on the record. Based on the application and the file, record and proceedings herein,

IT IS ORDERED:

Applicant is awarded $4000 for total compensation and $346 for reimbursement of expenses and the trustee is authorized to pay the unpaid balance to the applicant as provided in the plan.

**BY THE COURT:**

Dated:_____                          _____
                                                        U.S. Bankruptcy Judge

# United States Bankruptcy Court
## District Of Minnesota

In re  **Hoie, Mandy Lynn**

Debtor(s)

Case No.  **26-60061**

Chapter  **13**

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on ___01/30/2026___.

Dated: ___01/30/2026___

**s/ Christopher Anderson**

Christopher Anderson
Debtor or Debtor's(s') Counsel
Bar Number: 388787
Walker & Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409
Phone: (612) 824-4357
Fax: (612) 824-8005
Email: Christopher@bankruptcytruth.com

**Affinity Plus Federal Credit Union**
175 W Lafayette Frontage Rd
Saint Paul, MN 55107-1420

**Citi Bank N.A.**
General Correspondence
PO Box 6500
Sioux Falls, SD 57117

**Comenity/Victoria Secret**
Po Box 182789
Columbus, OH 43218-2273

**Discover Card**
PO Box 30923
Salt Lake City, UT

**First National Bank - Bagley**
31 Central St E
Bagley, MN 56621-8508

**FNB Omaha**
Attn: Bankruptcy
Po Box 3128
Omaha, NE 68103-0128

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101-7346

**JPMCB - CARD SERVICES**
301 N Walnut St Fl 09
Wilmington, DE 19801-3971

**LIGHTSTREAM**
Po Box 117320
Atlanta, GA 30368-7320

**Minnesota Department of Revenue**
551 Bkcy Section
PO Box 64447
St Paul, MN 55164

**MN Deed**
180 5th St E Ste 1200
Saint Paul, MN 55101-1664

**Mohela Dept of Ed Servicer**
633 Spirit Dr
Chesterfield, MO 63005-1243

**Non-Filing Spouse**

**Prosper Funding LLC**
221 Main St Ste 300
San Francisco, CA 94105-1909

**Sanford Health**
4000 28th Ave S
Moorhead, MN 56560-7926

**SOFI BANK**
2750 E Cottonwood Pkwy
Cottonwd Hts, UT 84121-7284

**Truist Bank**
1001 Semmes Ave 6th Floor
Richmond, VA 23224

**U.S. Bank**
800 Nicollet Mall
Minneapolis, MN 55402

**United States Trustee**
300 S 4th St Ste 1015
Minneapolis, MN 55415-2247

**USDA Farm Services Agency**
375 Jackson St Ste 400
Saint Paul, MN 55101-1828

**Walker & Walker Law Office**
4356 Nicollet Ave
Minneapolis, MN 55409-2033

**Wells Fargo**
Attn: Bankruptcy Department
420 Montgomery St
San Francisco, CA 94104

**Hoie, Mandy Lynn**
15626 Us 2
Bagley, MN 56621-4250